# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ARAKAKI, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01404-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RE-SERVE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF AT NEW ADDRESS OF RECORD<br><br>[ECF No. 47] |

Plaintiff Rogelio May Ruiz is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 4, 2019, Defendants filed a motion for summary judgment. Although Plaintiff's motion was served at the address of record, the Court has updated Plaintiff's address as reflected on his motion for appointment of counsel filed in November 2018, and Defendants shall re-serve a copy of their motion at his new address within **ten (10) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**October 7, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1