UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. ARAKAKI, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01404-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>[ECF Nos. 47, 55] |

　　　　Plaintiff Rogelio May Ruiz is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 7, 2020, the Magistrate Judge issued Findings and Recommendation recommending that Defendants' motion for summary judgment be granted.  (ECF No. 55.)  The Findings and Recommendations were served on the parties and contained notice that objections were due within thirty days.  (Id.)  Plaintiff filed objections on January 21, 2020.  (ECF No. 56.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 7, 2020, are adopted in full;
2. Defendants' motion for summary judgment filed on September 4, 2019 (ECF No. 47) is granted; and
3. The Clerk of Court is directed to enter judgment in favor of Defendants and CLOSE this case.

IT IS SO ORDERED.

Dated:  April 30, 2020

SENIOR DISTRICT JUDGE